# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, <br><br> Plaintiff, <br><br> v. <br><br> HOT TOPIC, INC., a California Corporation, <br><br> Defendant. | Case No.: 1:20-cv-01832-AWI-JLT <br><br> ORDER REFERRING THE MATTER TO VDRP |

On March 23, 2021, the parties submitted a joint scheduling report. (Doc. 8.) The report indicates that "[t]he parties are stipulating referral of this action to the Voluntary Dispute Resolution Program (VDRP) pursuant to Local Rule 271." (Doc. 8 at 7.) Therefore, the Court **ORDERS**:

1. The Scheduling Conference set for March 30, 2021 is **VACATED**;
2. The matter is referred to the Voluntary Dispute Resolution Program; and
3. All deadlines and hearing dates are **VACATED**, and the scheduling conference will be re-set if it becomes necessary.

IT IS SO ORDERED.

Dated: **March 24, 2021**          **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE