# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>   Plaintiff,<br><br>   v.<br><br>HOT TOPIC, INC., a California Corporation,<br><br>   Defendant. | Case No.: 1:20-cv-01832-AWI-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 17) |

The plaintiff reports the parties have reached a provisional settlement. (Doc. 17) He anticipates seeking a dismissal of the action soon. *Id.*. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than January 7, 2022**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **November 4, 2021**          **/s/ Jennifer L. Thurston**
                                        CHIEF UNITED STATES MAGISTRATE JUDGE