# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | Case No.: 1:20-cv-01832-AWI-JLT |
| Plaintiff, | ORDER CLOSING THE ACTION |
| v. | (Doc. 19) |
| HOT TOPIC, INC., a California Corporation, | |
| Defendant. | |

The parties have stipulated to the action being dismissed with prejudice. (Doc. 19) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  **November 29, 2021**                    **_ /s/ Jennifer L. Thurston**
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE